# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NITTANY OIL COMPANY t/d/b/a<br>PICKELNER FUEL COMPANY, | Civil No. 4:13-CV-560 |
| Plaintiff, | (Judge Brann) |
| v. | |
| | (Magistrate Judge Carlson) |
| GOVERNMENT SERVICES CORP, | |
| Defendant. | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Government Services Corp states that no parent company owns any of its stock and no publicly-held corporation owns ten percent or more of its stock.

Dated: Stroudsburg, Pennsylvania
      March 25, 2013

Respectfully submitted,

s/ George W. Westervelt, Jr.
GEORGE W. WESTERVELT, JR., ESQ.
Attorney I.D. No. 18195
706 Monroe Street, P.O. Box 549
Stroudsburg, PA  18360-0549
570.421.6100
Attorney for Government Services Corp.

OF COUNSEL
MCKENNA LONG & ALDRIDGE LLP
Charles E. Dorkey III, Esq.
Rebecca Tingey, Esq.
230 Park Avenue
Suite 1700
New York, NY 10169
212.905.8300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within DEFENDANT'S CORPORATE DISCLOSURE STATEMENT was served on the following counsel, this 26th day of March, 2013, by operation of the Court's CM/ECF electronic filing system.

**Jacob C. McCrea, Esq.**
Eckert Seamans Cherin & Mellott LLC
U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, Pennsylvania 15219
*Counsel for Plaintiff Nittany Oil Company*
*t/d/b/a Pickelner Fuel Company*

s/ George W. Westervelt, Jr.
George W. Westervelt, Jr.